# EXHIBIT 1





US00D933333S

(12) **United States Design Patent**    (10) Patent No.:    **US D933,333 S**
Xu                                                    (45) Date of Patent:    ** Oct. 19, 2021

(54) **SHAPED SUPPORT BELT**

(71) Applicant: **Zhennan Xu**, Hong Kong (HK)

(72) Inventor: **Zhennan Xu**, Hong Kong (HK)

(73) Assignee: **HEXIN HOLDING LIMITED**, KL (HK)

(**) Term: **15 Years**

(21) Appl. No.: **29/772,761**

(22) Filed: **Mar. 4, 2021**

(51) LOC (13) Cl. .............................................. 02-01
(52) U.S. Cl.
USPC ........................................... **D2/701**; D24/190
(58) Field of Classification Search
USPC .......... D2/700–704, 624; D24/190; D21/662
CPC ................ A41C 1/00; A41C 1/02; A41C 1/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,494,216 A | * | 1/1950 | Versoy | A61F 5/03 450/120 |
| D265,853 S | | 8/1982 | Meloy | |
| D408,116 S | * | 4/1999 | Gale | D2/627 |
| D499,882 S | | 12/2004 | Baclawski | |
| D660,439 S | * | 5/2012 | Chen | D24/190 |
| D784,545 S | | 4/2017 | Jangir | |
| D809,245 S | | 2/2018 | Yeomans et al. | |
| D816,944 S | | 5/2018 | Gonzalez | |
| D844,288 S | | 4/2019 | Cluett et al. | |
| D875,261 S | * | 2/2020 | Liu | D24/190 |
| D881,515 S | * | 4/2020 | Mei | D2/702 |
| D884,198 S | * | 5/2020 | Mei | D24/190 |
| D884,199 S | * | 5/2020 | Mei | D24/190 |
| D895,229 S | | 9/2020 | Harrisson | |
| D902,527 S | | 11/2020 | Lin | |
| D910,859 S | * | 2/2021 | Mei | D24/190 |
| D913,630 S | * | 3/2021 | Mei | D2/702 |
| D914,889 S | * | 3/2021 | Langberg | D24/190 |
| D916,298 S | * | 4/2021 | Langberg | D24/190 |

(Continued)

OTHER PUBLICATIONS

OMAX Lumbar Back Brace—Adjustable Trainer Straps for Lower Back Core Support Belt, posted May 1, 2020 [online], (retrieved May 9, 2021). Retrieved from the internet, https://www.amazon.com/dp/B08744GLSD/ref=sspa_dk_detail_0?psc=1&pd_rd_i=B08744GLSD&pd_rd_w=f6pVr&pf_rd_p=c1a1d435-a11f-487a-977%E2%80%A6 (Year: 2020).*

(Continued)

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — J. Thorn, Sr.

(57) **CLAIM**

The ornamental design for a shaped support belt, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a shaped support belt showing my new design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a left side elevation view thereof;
FIG. **5** is a right side elevation view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof;
FIG. **8** is a front view thereof, shown in a reduced scale with the strap in an unfolded state;
FIG. **9** is an inside view thereof, shown in a reduced scale with the strap in an unfolded state;
FIG. **10** is a front view thereof, shown in a reduced scale in another configuration; and,
FIG. **11** is a left view thereof, shown in a reduced scale in another configuration.
The broken lines shown in the drawings depict stitching which forms part of the claimed design.

**1 Claim, 11 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

D920,523 S * 5/2021 Lin .............................. D24/190

OTHER PUBLICATIONS

VENUZOR Waist Trainer Belt for Women—Waist Cincher Trimmer-Slimming Body Shaper Belt—Sport Girdle Belt, posted Nov. 27, 2020 [online], (retrieved May 9, 2021). Retrieved from the internet, https://www.amazon.com/dp/B07XYYBK1M/ref=sspa_dk_detail_2?pd_rd_i=B07XYY4WMY&pd_rd_w=0Am4O&pf_rd_p=91afecf5-8b2e-41e2 (Year: 2020).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

U.S. Patent  Oct. 19, 2021  Sheet 7 of 11  US D933,333 S



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11