# EXHIBIT 1

**Zoey Huang**                                  **Monday, October 13, 2025 at 15:06:46 Pacific Daylight Time**

**Subject:** Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:25-cv-11395
**Date:** Monday, October 6, 2025 at 4:33:00 PM Pacific Daylight Time
**From:** Zoey Huang
**To:** Zoey Huang
**CC:** Faye Deng
**BCC:** zhongsheng0728@126.com, 13511376816@163.com, hengyixing626@163.com, qiaoyanhuazhuang@163.com, cyheng395@163.com, tyinga@hotmail.com, kmdingyufei@outlook.com, xiaoyaozir@163.com, 2502211788@qq.com, chenxiuyxi@foxmail.com, weiqy@taoxing360.com, 17366692929@163.com, lixl@taoxing360.com, 18370026914@163.com, panynb2006@hotmail.com, 3010814435@qq.com, mariselag33@yahoo.com, info@bodiesbylulu.com, 931565605@qq.com, betterlooksbc@gmail.com, 13410699197@163.com, 614520878@qq.com, 13082157508@139.com, zhangyuelei2002@outlook.com, 993006042@qq.com

We represent **Hexin Holding Limited** in design patent anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to patent infringement laws.

A copy of the Complaint, Summons, and other court files is available at <https://yklawusinternetenforcement11395.wordpress.com/>, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,
Zoey

**Zoey Huang**, YK Law LLP
213-401-0970 (1010)

**DEFENDANT EMAIL ADDRESSES**

| No | seller name | Email address |
|---|---|---|
| 1 | EXCEPTED | EXCEPTED |
| 2 | AOSBOEI | zhongsheng0728@126.com |
| 3 | bigdadonggua | 13511376816@163.com |
| 4 | XingWow | hengyixing626@163.com |
| 5 | QIAOYANHZP | qiaoyanhuazhuang@163.com |
| 6 | HengHeng123 | cyheng395@163.com |
| 7 | Sghjkl-US | tyinga@hotmail.com |
| 8 | PPMY-US | kmdingyufei@outlook.com |
| 9 | Stand with a straight waist | xiaoyaozir@163.com |
| 10 | WZHRFSYXGS | 2502211788@qq.com |
| 11 | Lonni costume | chenxiuyxi@foxmail.com |
| 12 | Qiren Knitting | panynb2006@hotmail.com |
| 13 | HY Waist Trainer local | panynb2006@hotmail.com |
| 14 | Lagom Adore | lixl@taoxing360.com |
| 15 | FItAura | lixl@taoxing360.com |
| 16 | Selenaprunus | weiqy@taoxing360.com |
| 17 | Selena Prunus Beauty | weiqy@taoxing360.com |
| 18 | LunaWear | lixl@taoxing360.com |
| 19 | SlimAura | lixl@taoxing360.com |
| 20 | YinanEr | 17366692929@163.com |
| 21 | THJ Active | lixl@taoxing360.com |
| 22 | LEISURE FITNESS | 18370026914@163.com |
| 23 | Qiren Sale Local | panynb2006@hotmail.com |
| 24 | guangzhuoSCH | 3010814435@qq.com |
| 25 | EXCEPTED | EXCEPTED |
| 26 | EXCEPTED | EXCEPTED |
| 27 | Ollie Outdoor | 931565605@qq.com |
| 28 | EXCEPTED | EXCEPTED |
| 29 | CBXinshop | 13410699197@163.com |
| 30 | KLJIOUSDFJ | 614520878@qq.com |
| 31 | YHS sports equipment | 13082157508@139.com |
| 32 | WANGFONGPING SHOP | zhangyuelei2002@outlook.com |
| 33 | AKSDJFH | 993006042@qq.com |