## SCHEDULE A

## DEFENDANT ONLINE MARKETPLACES

| No | seller name | url |
|---|---|---|
| 1 | DISMISSED | DISMISSED |
| 2 | AOSBOEI | https://www.amazon.com/AOSBOEI-Trainer-Underbust-Hourglass-Shapewear/dp/B09XDWSKMQ/ |
| | | https://www.amazon.com/AOSBOEI-Trainer-Underbust-Hourglass-Shapewear/dp/B0CSYG4TLK/ |
| | | https://www.amazon.com/AOSBOEI-Trainer-Underbust-Hourglass-Shapewear/dp/B0CSYHLXBZ/ |
| 3 | EXCEPTED[1] | EXCEPTED |
| 4 | XingWow | https://www.amazon.com/Hyxowgt-Cincher-Control-Resilience-Sweating/dp/B0DY416XTM/ |
| | | https://www.amazon.com/Hyxowgt-Cincher-Control-Resilience-Sweating/dp/B0DY4QM3HP/ |
| | | https://www.amazon.com/Hyxowgt-Cincher-Control-Resilience-Sweating/dp/B0DY43BYWY/ |
| | | https://www.amazon.com/Hyxowgt-Cincher-Control-Floralshe-Stomach/dp/B0DY1GLYN5/ |
| | | https://www.amazon.com/Hyxowgt-Cincher-Control-Floralshe-Stomach/dp/B0DY1H7J1Z/ |
| | | https://www.amazon.com/Hyxowgt-Cincher-Control-Floralshe-Stomach/dp/B0DY1FQGV2/ |
| 5 | QIAOYANHZP | https://www.amazon.com/Piywan-Cincher-Control-Shaper-Breathable/dp/B0DY21F891/ |
| | | https://www.amazon.com/Piywan-Cincher-Control-Shaper-Breathable/dp/B0DY1ZR6K2/ |
| | | https://www.amazon.com/Piywan-Cincher-Control-Shaper-Breathable/dp/B0DY1YNF2T/ |
| 6 | HengHeng123 | https://www.amazon.com/Floralshe-Cincher-Control-Shaper-Breathable/dp/B0DXZ6TC4K/ |
| | | https://www.amazon.com/Floralshe-Cincher-Control-Shaper-Breathable/dp/B0DXZ6R6D9/ |
| | | https://www.amazon.com/Floralshe-Cincher-Control-Shaper-Breathable/dp/B0DXZW4BVZ/ |
| | | https://www.amazon.com/Floralshe-Cincher-Control-Shaper-Breathable/dp/B0DY15ZKKZ/ |
| | | https://www.amazon.com/Floralshe-Cincher-Control-ShaperBreathable/dp/B0DXZVL2VJ/ |
| 7 | Sghjkl-US | https://www.amazon.com/Waist-Cincher-Control-Shaper-Triple/dp/B0DY5BWRRJ/ |
| | | https://www.amazon.com/Waist-Cincher-Control-Shaper-Triple/dp/B0DY59RZYD/ |
| | | https://www.amazon.com/Waist-Cincher-Control-Shaper-Triple/dp/B0DY5BYCXT/ |
| 8 | PPMY-US | https://www.amazon.com/CphZnf-Cincher-Floralshe-Shapewear-XX- |

---

[1] Defendant No. 3 bigdalonggua filed a non-opposed motion for extension of time to respond to the Complaint until November 17, 2025 [19] and was excluded from the Defaulting Defendants accordingly.

| | | |
|---|---|---|
| | | Large/dp/B0DY1NH5LZ/ |
| | | https://www.amazon.com/CphZnf-Cincher-Floralshe-Shapewear-XX-Large/dp/B0DY1N2W2Y/ |
| | | https://www.amazon.com/CphZnf-Cincher-Floralshe-Shapewear-XX-Large/dp/B0DY1MKTGD/ |
| 9 | Stand with a straight waist | https://www.temu.com/us-zh-Hans/-g-601099931442114.html |
| | | https://www.temu.com/us-zh-Hans/-g-601099888528458.html |
| 10 | WZHRFSYXGS | https://www.temu.com/us-zh-Hans/-g-601099807486248.html |
| 11 | Lonni costume | https://www.temu.com/1pc-womens-elastic-waist-trainer-belt-knit- fabric-neoprene-blend-postpartum-tummy-control-light-control-waist- cincher-with-dual-layer-design-polyester-neoprene-latex-material-hand-washable-g-601099789381527.html |
| 12 | Qiren Knitting | https://www.temu.com/-knitting-m-2067823761415.html?goods_id=601099578364049&sticky_type=3&_x_sessn_id=dr0umhr50o&refer_page_name=goods&refer_page_id=10032_1740775573941_l40emcehs1&refer_page_sn=10032 |
| 13 | HY Waist Trainer local | https://www.temu.com/hy-waist-trainer-local-m-634418217197177.html?goods_id=601099625974866&sticky_type=3&_x_sessn_id=dr0umhr50o&refer_page_name=goods&refer_page_id=10032_1740776266828_g305232jw9&refer_page_sn=10032 |
| 14 | Lagom Adore | https://www.temu.com/womens-waist-trainer-for-belly-reduction- powerful-tummy-control-and-abdominal-shaping-postpartum-belly- wrap-and-sauna-belt-polyester-spandex-blend-elegant-style-g-601099875630343.html |
| | | https://www.temu.com/1pc-waist-trainer-belt-waist-cincher-trimmer-ab-belt-body-shaper-with-triple-wrap-women-corset-girdle-fajas-g-601100095793377.html |
| 15 | FItAura | https://www.temu.com/unisex--belt-adjustable-waist-trainer-for- posture-tummy-control-breathable--belt-for-workouts-office-daily-use-g-601100065874547.html |
| | | https://www.temu.com/1pc-pink-womens-waist-trainer-corset-cotton- blend-medium-control-knitted-waist-cincher-with-button-closure--belt-for-tummy-control-back-support--and-everyday-wear-g-601099808409259.html |
| 16 | Selenaprunus | https://www.temu.com/1pc--waist-trainer-belt-for-men-women-3- layer-knit-fabric--polyester-spandex-waist-cincher-sweat-band-stomach- wrap-enhances-workout-core-stability-belly-shaping-g-601099789850535.html |
| | | https://www.temu.com/waist-trainer-belt-belly-bands-for-waist-training--for-women-belly-shaping--adjustable-breathable-and- comfortable-maternity-wrap-g-601099731264157.html |
| | | https://www.temu.com/waist-trainer-belt-belly-bands-for-waist-training--for-women-belly-shaping--adjustable-breathable-and- comfortable-maternity-wrap-g-601099731264157.html |
| 17 | Selena Prunus Beauty | https://www.temu.com/3-layer-adjustable-waist-trainer-belt-enhances- core-stability-for-fitness-training-breathable-knit-fabric-g-601099769948387.html |
| | | https://www.temu.com/gentle-support-womens-pink-waist-trainer- tummy-control-belt-3-layer-breathable-compression-wrap-cincher-with- adjustable-straps-for--sweat-spandex-polyester-machine-washable---goals--aid-breathable-design-spandex-blend-g-601099896630197.html |
| | | https://www.temu.com/1pc-womens--waist-trimmer-polyester-70- spandex-30-knit-fabric-body-shaper-with-tummy-control-adjustable- fitness-belt-for--and-posture-support-waist-trainer-g-601099970835327.html |

| | | |
|---|---|---|
| 18 | LunaWear | https://www.temu.com/elegant-womens-waist-trainer-belt-double-layer-compression-cincher-for-timer-figure-zippered--waist-trimmer- with-cotton-blend---g-601099753045917.html |
| | | https://www.temu.com/postpartum-mother-repair-and-body-shaping- suit-segmented-pressure-pelvic--belt-abdominal-body-shaping-and-- waist-protection-design-for-lactation-period-lactation-period-accessory-sleek-postpartum-apparel--postpartum-garment-g-601100043687429.html |
| | | https://www.temu.com/summer-sweaty-season-shaping-belt-ice-cooling-body-shaping-clothes-sports-waist-g-601100043439076.html |
| 19 | SlimAura | https://www.temu.com/essential-womens-belly-band-adjustable-waist-trainer-belt-for-tummy-control-back-support-and---for-comfortable-shapewear-g-601099720276366.html |
| | | https://www.temu.com/1pc-womens-waist-trainer-belt-adjustable- body-shaper-for-toning-back-support-hand-washable-spandex-polyester-blend-by---g-601099866544057.html |
| 20 | YinanEr | https://www.temu.com/1pc-womens-postpartum-waist-cincher-breathable-body-shaper--control-polyester-latex-blend-hand-washable-woven-fabric-256-235-g-m2--back-support-pull-on-closure-1pc-g-601099935308797.html |
| 21 | THJ Active | https://www.temu.com/black-waist-trainer--body-shaping-belt-for-tummy-control-workout-support-posture--adjustable--closure--belt-body-shaper-glossy--tummy-control-shapewear-g-601099974526246.html |
| | | https://www.temu.com/essential-womens-belly-band-adjustable-waist-trainer-belt-for-tummy-control-back-support-and---for-comfortable-shapewear-g-601099922068423.html |
| 22 | LEISURE FITNESS | https://www.temu.com/3pcs--waist-trainer-belt-set-polyester-elastic- body-shaper-with-triple-wrap-knitted-sports-waist-cincher-for-women-men-machine-washable-g-601099775756105.html |
| 23 | Qiren Sale Local | https://www.temu.com/waist-trainer-for-women-and-men--posture- for-workouts-waist-trimmer--ad-belt--body-shaper-g-601099629528105.html |
| 24 | guangzhuoSCH | https://www.temu.com/womens-high-compression-zip-waist-trainer-belt-breathable-strong-control--shapewear-with-back-support-hand- washable-g-601099715349277.html |
| 25 | Fatima's beutique fashion | https://shop.tiktok.com/view/product/1730737473729500017 |
| 26 | lululeefit | https://shop.tiktok.com/view/product/1729413811179655589 |
| 27 | Ollie Outdoor | https://shop.tiktok.com/view/product/1730725040884912922 |
| 28 | BetterLooks BC | https://shop.tiktok.com/view/product/1730262888019693588 |
| 29 | CBXinshop | https://shop.tiktok.com/view/product/1730722878863216975 |
| 30 | KLJIOUSDFJ | https://shop.tiktok.com/view/product/1730716618604515812 |
| 31 | YHS sports equipment | https://shop.tiktok.com/view/product/1730722145732301797 |
| 32 | WANGFONGPING SHOP | https://shop.tiktok.com/view/product/1730750984969294657 |
| 33 | AKSDJFH | https://shop.tiktok.com/view/product/1730754789927850424 |